ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Gulf Pacific Contracting, LLC | ) ASBCA No. 62995 |
| | ) |
| Under Contract No. N40085-16-D-8313 | ) |

APPEARANCE FOR THE APPELLANT:    Laurence J. Zielke, Esq.
   Zielke Law Firm, PLLC
   Louisville, KY

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
   Navy Chief Trial Attorney
   Jerry Kim, Esq.
   Trial Attorney

ORDER OF DISMISSAL

Appellant, Gulf Pacific Contracting, LLC, appealed from a July 15, 2021 contracting officer's final decision. By letter dated September 2, 2021, that decision has been rescinded and the government requests dismissal without prejudice. In an October 1, 2021 email, appellant agreed with the government's motion to dismiss. We dismiss the appeal as moot.

Dated: October 19, 2021

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62995, Appeal of Gulf Pacific Contracting, LLC, rendered in conformance with the Board's Charter.

Dated: October 19, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals